## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NORTH CAROLINA

## WESTERN DIVISION

| | |
|---|---|
| SARAH CONTE, JOANNE TOUCHBERRY, TEKISHA L. NICHOLSON, TOBY BELIVEAU, ALEXANDER CARLISLE, and EARLENE N. HUNTER, Individually and on Behalf of the WakeMed 403(b) Plan and All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>vs. )<br><br>WAKEMED, )<br><br>Defendant. ) | CASE NO. 5:21-CV-00190-D<br><br>CLASS ACTION<br><br>PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT |

Plaintiffs Sarah Conte, Joanne Touchberry, Tekisha L. Nicholson, Toby Beliveau, Alexander Carlisle and Earlene N. Hunter ("Plaintiffs") hereby move for preliminary approval of class action settlement and an Order which provides preliminary approval of the following:

1.      The terms of the Settlement as set forth in the Settlement Agreement;

2.      The proposed Settlement Class, including that such class satisfies the requirements of Rule 23(a) and (b)(1) and therefore should be certified for settlement purposes;

3.      The form and manner of the settlement notice to Settlement Class Members; and

4.      A schedule for a Settlement Hearing and various deadlines relevant thereto, at which the Court will consider the request for final approval of (a) the Settlement set forth in the Settlement Agreement, (b) the Plan of Allocation of settlement proceeds among Settlement Class Members, and (c) Plaintiffs' Counsel's application for an award of attorneys' fees and expenses and Plaintiffs' application for expenses incurred in representing the Settlement Class.

Plaintiffs' Motion is based on their memorandum in support, being filed concurrently herewith, and the Declaration of Evan J. Kaufman In Support of Preliminary Approval of Class Action Settlement (annexed hereto as Exhibit A) and the Declaration of Richard W. Simmons of Analytics Consulting LLC In Support of Proposed Notice Program (annexed hereto as Exhibit B).

DATED:  April 26, 2021                          Respectfully Submitted,

                                                     *Brian L. Kinsley*
                                                     BRIAN L. KINSLEY

                                                     CRUMLEY ROBERTS
                                                     BRIAN L. KINSLEY
                                                     2400 Freeman Mill Road, Suite 200
                                                     Greensboro, NC 27406
                                                     Telephone: 336/333-9899
                                                     336/333-9894 (fax)
                                                     blkinsley@crumleyroberts.com

                                                     *Local Counsel*

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
EVAN J. KAUFMAN
SARAH E. DELANEY
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
ekaufman@rgrdlaw.com
sdelaney@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
THEODORE J. PINTAR
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
tedp@rgrdlaw.com

*Counsel for Plaintiffs*

CAPOZZI ADLER, P.C.
MARK K. GYANDOH
GABRIELLE KELERCHIAN
312 Old Lancaster Road
Merion Station, PA 19066
Telephone: 610/890-0200
717/233-4103 (fax)
markg@capozziadler.com
gabriellek@capozziadler.com

DONALD R. REAVEY
2933 North Front Street
Harrisburg, PA 17110
Telephone: 717/233-4101
717/233-4103 (fax)
donr@capozziadler.com

*Additional Counsel*

- 2 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 26, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and provided true and correct copies to counsel for Defendant Wakemed via first class mail, postage pre-paid, and via e-mail, to the address information for defense counsel noted below:

Jeremy P. Blumenfeld
Matthew A. Russell
MORGAN, LEWIS & BOCKIUS LLP
77 W. Wacker Dr.
Chicago, IL 60601-5094
Tel: (312) 324-1000
Email: Jeremy.Blumenfeld@morganlewis.com
Email: Matthew.Russell@morganlewis.com


_Brian L. Kinsley_
CRUMLEY ROBERTS
BRIAN L. KINSLEY
2400 Freeman Mill Road, Ste. 200
Greensboro, NC 27406
Telephone: 336/333-9899
336/333-9894 (fax)
blkinsley@crumleyroberts.com

Local Counsel for Plaintiffs