IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SARAH CONTE, JOANNE TOUCHBERRY, TEKISHA L. NICHOLSON, TOBY BELIVEAU, ALEXANDER CARLISLE, AND EARLENE N. HUNTER, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>WAKEMED,<br><br>*Defendant*. | Case No. 5:21-cv-00190-D<br><br>**ORDER** |

## ORDER GRANTING JOINT MOTION TO MODIFY THE SETTLEMENT-APPROVAL SCHEDULE

This matter is before the Court upon the Parties' Joint Motion to Modify the Settlement-Approval Schedule. Based on the representations to the Court, the consent of the Parties, and for good cause shown, IT IS ORDERED that the Parties' Motion is hereby GRANTED.

The deadlines concerning the settlement-approval process shall be modified as follows:

| **Deadline** | **Current Date** | **Proposed Date** |
|---|---|---|
| Deadline for issuing Settlement Notice to additional Settlement Class Members (if necessary) | N/A | November 6, 2021 |
| Pls.' Motion for Final Approval | October 6, 2021 | December 1, 2021 |
| Independent Fiduciary Report | October 11, 2021 | December 10, 2021 |
| Pls.' Mot for Atty Fees & Expenses | October 15, 2021 | December 1, 2021 |
| Fmr. Participant Claim Form Due | October 29, 2021 | December 30, 2021 |
| Objection Deadline | October 29, 2021 | December 30, 2021 |
| Notice of Attendance Fairness Hrg. | October 29, 2021 | December 30, 2021 |
| Fairness Hearing | November 10, 2021 | January 10, 2022 |

This the 6 day of October, 2021.

Honorable James C. Dever III
United States District Judge

Case 5:21-cv-00190-D   Document 21   Filed 10/06/21   Page 1 of 1