UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION

| | | |
|---|---|---|
| SARAH CONTE, JOANNE TOUCHBERRY, TEKISHA L. NICHOLSON, TOBY BELIVEAU, ALEXANDER CARLISLE, and EARLENE N. HUNTER, Individually and on Behalf of the WakeMed 403(b) Plan and All Others Similarly Situated, | ) ) ) ) ) ) | CASE NO. 5:21-CV-00190-D<br><br>CLASS ACTION |
| Plaintiffs, | ) ) ) | PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF PLAN |
| vs. | ) ) | OF ALLOCATION AND LEAD COUNSEL'S APPLICATION FOR AN |
| WAKEMED, | ) ) | AWARD OF ATTORNEYS' FEES AND EXPENSES AND SERVICE AWARDS FOR |
| Defendant. | ) ) ) ) | PLAINTIFFS |

4847-2181-3501.v1

On January 10, 2022, at 1:00 p.m., before the Honorable James C. Dever III, Plaintiffs Sarah Conte, Joanne Touchberry, Tekisha L. Nicholson, Toby Beliveau, Alexander Carlisle and Earlene N. Hunter ("Plaintiffs") will and hereby do move this Court pursuant to Federal Rule of Civil Procedure 23 for orders granting final approval of the proposed settlement of the above-captioned class action and approval of the proposed plan for allocating the settlement proceeds. Lead Counsel will also move this Court for an order awarding the requested attorneys' fees and expenses and service awards for Plaintiffs.

This motion is based on the supporting memorandum, the Declaration of Evan J. Kaufman in Support of Final Approval of Class Action Settlement, Approval of Plan of Allocation, and an Award of Attorneys' Fees, Expenses, and Service Awards, the Declarations of Plaintiffs, the Declarations of Plaintiffs' Counsel, the papers and filings on record in this matter, and such additional evidence or argument as may be presented at the hearing.

Proposed orders will be submitted with Plaintiffs' reply submission after the deadline for requesting exclusion and objecting has passed.

DATED: December 1, 2021                     Respectfully submitted,

                                            _/s/ Brian L. Kinsley_
                                            BRIAN L. KINSLEY

                                            CRUMLEY ROBERTS
                                            BRIAN L. KINSLEY
                                            2400 Freeman Mill Road, Suite 200
                                            Greensboro, NC 27406
                                            Telephone: 336/333-9899
                                            336/333-9894 (fax)
                                            blkinsley@crumleyroberts.com

                                            _Local Counsel_

- 1 -

4847-2181-3501.v1

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
EVAN J. KAUFMAN
SARAH E. DELANEY
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
ekaufman@rgrdlaw.com
sdelaney@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
THEODORE J. PINTAR
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
tedp@rgrdlaw.com

*Counsel for Plaintiffs*

CAPOZZI ADLER, P.C.
MARK K. GYANDOH
GABRIELLE KELERCHIAN
312 Old Lancaster Road
Merion Station, PA 19066
Telephone: 610/890-0200
717/233-4103 (fax)
markg@capozziadler.com
gabriellek@capozziadler.com

CAPOZZI ADLER, P.C.
DONALD R. REAVEY
2933 North Front Street
Harrisburg, PA 17110
Telephone: 717/233-4101
717/233-4103 (fax)
donr@capozziadler.com

*Additional Counsel*

4847-2181-3501.v1