UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION

| | |
|---|---|
| SARAH CONTE, JOANNE TOUCHBERRY, TEKISHA L. NICHOLSON, TOBY BELIVEAU, ALEXANDER CARLISLE and EARLENE N. HUNTER, Individually and on Behalf of the WakeMed 403(b) Plan and All Others Similarly Situated,<br><br>                     Plaintiffs,<br><br>vs.<br><br>WAKEMED,<br><br>                     Defendants. | CASE NO. 5:21-CV-00190-D<br><br>CLASS ACTION<br><br>ORDER APPROVING PLAN OF ALLOCATION |

THIS MATTER having come before the Court for a hearing on January 10, 2022, on the motion of Plaintiffs Sarah Conte, Joanne Touchberry, Tekisha L. Nicholson, Toby Beliveau, Alexander Carlisle and Earlene N. Hunter ("Plaintiffs"), on behalf of themselves and the Settlement Class, for final approval of the proposed class action Settlement and approval of the Plan of Allocation; the Court having considered all papers filed and proceedings had herein and otherwise being fully informed;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. This Order incorporates by reference the definitions in the Class Action Settlement Agreement, dated April 26, 2021 (DE 11-1) (the "Settlement Agreement"), and capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Settlement Agreement.

2. Pursuant to and in compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to Persons who are Settlement Class Members who could be identified with reasonable effort, advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to Persons who are Settlement Class Members to be heard with respect to the Plan of Allocation. There were no objections to the Plan of Allocation.

3. The Court hereby finds and concludes that the Plan of Allocation for the calculation of the claims of claimants that is set forth in the Settlement Agreement and Court-approved Notice disseminated to Settlement Class Members, provides a fair and reasonable basis upon which to allocate the Net Settlement Fund among Settlement Class Members.

1

4.     The Court hereby finds and concludes that the Plan of Allocation is in all respects, fair, reasonable, and adequate and the Court hereby approves the Plan of Allocation.

**IT IS SO ORDERED.**

DATED: January 10, 2022

_____
THE HONORABLE JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE

2